IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. ANTHONY HUTT, <br> THEODORE T. MAREK, <br> CARL MARTIN, <br> MICHAEL DERRICKSON, <br> HIPPILITO MOURE, <br> JAMES N. McCARDELL, <br> CHARLES SMITH, <br> CHARLIE VILLAFANE, <br> WILLIAM SELBY, <br> KEVIN JONES, <br> JAMES SMITH, <br> PAUL MILLER, <br> TERRANCE SIRMANS, <br> SAMUEL JONES, <br> JOHN CHAVOUS, <br>     Plaintiffs, <br><br> v. <br><br> STANLEY W. TAYLOR, JR., individually and in his official capacity as Commissioner, State of Delaware Department of Corrections; CARL C. DANBERG, in his official capacity as Commissioner, State of Delaware Department of Corrections; RAPHAEL WILLIAMS, individually and in his official capacity as Warden, Howard R. Young Correctional Institution; PHILIP MORGAN, in his official capacity as Warden, Howard R. Young Correctional Institution; JOYCE TALLEY, individually and in her official capacity as Chief, Bureau of Management Services, Delaware Department of Corrections; CORRECTIONAL MEDICAL SERVICES, INC., and its JOHN DOE EMPLOYEES, <br><br>     Defendants. | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

**<u>AFFIDAVIT OF FILING OF CERTIFICATE OF MERIT</u>**

I, Bruce L. Hudson, Esq., attorney for the Plaintiffs, hereby certify in good faith at this time that the Affidavit of Merit and *curriculum vitae* required by 18 Del. C. § 6853 is being conventionally filed under seal at the Office of the Clerk of the Court .

Submitted this 3rd day of April, 2008

/s/ Bruce L. Hudson
Bar I.D. # 1003
Law Office of Bruce L Hudson
800 King Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiffs