IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. ANTHONY HUTT, et al,                    :
                                           :
                        Plaintiffs         :
                                           :
        v.                                 :
                                           :
CORRECTIONAL MEDICAL SERVICES,             :     Civil Action No.: 1:08-cv-00184 GMS
INC., et al ,                              :
                                           :     JURY TRIAL DEMANDED
                        Defendants.        :

---

**DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

Daniel A. Griffith, Esquire
Attorney Bar ID No. 4209
WHITEFORD TAYLOR &
PRESTON, LLC
1220 Market Street, Suite 608
Wilmington, DE    19801
(302) 482-8754
Attorneys for Defendant,
Correctional Medical Services, Inc.

Dated:  May 27, 2008

Defendant, Correctional Medical Services, Inc., by and through its counsel, Whiteford Taylor & Preston, LLC, hereby moves for the dismissal of the Plaintiffs' Complaint as to it and in support thereof avers as follows:

1. Plaintiffs are inmates or former inmates of the Howard R. Young Correctional Institution who filed this action to redress allegedly inadequate medical care received while incarcerated. Movant, Correctional Medical Services, Inc. ("CMS") is alleged and in the Complaint to have provided health care services to the inmates pursuant to a contract between CMS and the Delaware Department of Corrections ("DOC").

2. As against CMS, Plaintiffs' Complaint is structured as follows: each inmate has pled (1) a federal claim under 42 U.S.C. §1983 for failure to provide constitutionally adequate medical care in violation of the Eighth Amendment to the United States Constitution and (2) claim for medical negligence under state law 18 Del.C. §6801.

3. With respect to Plaintiffs' claims under 42 U.S.C. §1983, Plaintiffs correctly assert that CMS was acting "under color of law" pursuant to its contract with the State of Delaware when undertaking its medical treatment of the Plaintiffs. This is natural since such an allegation is necessary to support the 42 U.S.C. §1983 claim.

4. This Court has repeatedly held, however, that those retained by the State of Delaware to provide medical treatment for inmates are immune from 42 U.S.C. §1983 liability by virtue of the Eleventh Amendment to the United States Constitution. See, *Abraham v. State of Delaware Department of Corrections, et al.*, 2007 U.S. Dist. LEXIS 89411 (D. Del.) (decided and filed December 4, 2007); *Castillo v. Civigenics Program, et al.*, 2006 U.S. Dist. LEXIS 21992 (D. Del.) (decided March 31, 2006); *Hamilton et al. v. Civigenics, et al.*, 2005 U.S. Dist. LEXIS 2625 (D. Del.) (decided February 22, 2005).

1

5.   Similarly, Plaintiffs cannot maintain their state law medical malpractice claim against CMS in this Court.  See, *Hamilton et al. v. Civigenics, et al, supra.*

6.   In short, as a state actor providing medical services for the State of Delaware "under color of State law", CMS is immune from liability for both Plaintiffs' 42 U.S.C. §1983 claims. Plaintiffs' state law medical negligence claims cannot proceed in this Court.  Consequently, Plaintiffs' Complaint must be dismissed as to CMS for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).

7.   Movant refers the Court to its Opening Brief in Support of Motion to Dismiss Plaintiffs' Complaint filed simultaneously herewith.

WHEREFORE, Defendant, Correctional Medical Services, Inc. respectfully requests that this Honorable Court dismiss Plaintiffs' Complaint as to it for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).

WHITEFORD TAYLOR PRESTON, LLC

_____*/s/ Daniel A. Griffith*_____
Daniel A. Griffith, Esquire (No. 4209)
1220 Market Street, Suite 608
Wilmington, DE   19801
(302) 482-8754

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

J. ANTHONY HUTT, et al,                        :
                                               :
                    Plaintiffs                 :
                                               :
        v.                                     :
                                               :
CORRECTIONAL MEDICAL SERVICES, INC.,           :       Civil Action No.: _____
et al ,                                        :
                                               :       JURY TRIAL DEMANDED
                    Defendants.                :

## NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certifies that on this 27th day of May, 2008, a copy

of the foregoing Defendant, Correctional Medical Services, Inc.'s Motion to Dismiss Plaintiffs'

Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) was electronically delivered via e-file to

Joseph M. Bernstein, Esquire
800 North King Street
Suite 302
Wilmington, DE   19801

Bruce L. Hudson, Esquire
800 North King Street
Suite 302
Wilmington, DE   19801

                            /s/ Daniel A. Griffith
                            Daniel A. Griffith, Esquire