**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| J. ANTHONY HUTT, et al. | , | : |
| | | : |
| Plaintiffs, | | : |
| | | : |
| v. | | : C.A. No. 08-184-GMS |
| | | : |
| STANLEY W. TAYLOR, JR., et al. | | : JURY TRIAL REQUESTED |
| | | : |
| Defendants. | | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey X. Stewart

on behalf of State Defendants Stanley W. Taylor, Jr., Carl C. Danberg, Raphael Williams, Philip

Morgan and Joyce Talley.  This Entry of Appearance is not a waiver of any jurisdictional

defects or defects in service upon the Defendants. The Defendants specifically reserve the

right to raise any jurisdictional, service or statute of limitations defenses which may be

available.

<div style="margin-left:50%">

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**/s/ Stacey X. Stewart**
Stacey X. Stewart, ID# 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants

</div>

Dated: June 4, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| J. ANTHONY HUTT, et al. , | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 08-184-GMS |
| | : | |
| STANLEY W. TAYLOR, JR., et al. | : | JURY TRIAL REQUESTED |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I certify that on June 4, 2008, I electronically filed *Entry of Appearance for State Defendants* with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Joseph M. Bernstein, Esq., ID#780
jmbernstein@embarqmail.com
Bruce L. Hudson, ID#1003
delaw@brucehudsonlaw.com
*Attorneys for Plaintiffs*

Daniel A. Griffith, Esq., ID#4209
dgriffith@wtplaw.com
*Attorney for Defendant Correctional
Medical Services, Inc.*

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

**/s/ Stacey X. Stewart**
Stacey X. Stewart, ID# 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants