# WHITEFORD, TAYLOR & PRESTON L.L.C.

DANIEL A. GRIFFITH
PARTNER
DIRECT LINE (302) 482-8754
DIRECT FAX (302) 258-0783
DGriffith@wtplaw.com

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

June 13, 2008

The Honorable Gregory M. Sleet, U.S.D.J.
The United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4324
Lockbox 19
Wilmington, DE  19801

      Re:    J. Anthony Hutt, et al v. Correctional Medical Services, Inc., et al
               C.A. No.:  08-cv-184 GMS

Dear Judge Sleet:

      On behalf of defendant, Correctional Medical Services, Inc. (CMS), please accept this letter as a request pursuant to Local Rule 7.1.4 for oral argument on CMS' Motion to Dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(6), the Reply Brief for which is being filed today.

      Respectfully submitted,

      /s/ Daniel A. Griffith

      Daniel A. Griffith
      Partner

DG:rc

Enclosures

cc:    Bruce Hudson, Esquire
        Joseph Bernstein, Esquire
        Staci X. Stewart, Esquire