IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J. ANTHONY HUTT, et al.,<br>    Plaintiffs | :<br>:<br>: |
| v. | : Civil Action No. 08-184 GMS<br>: |
| STANLEY W. TAYLOR, JR., et al.,<br>    Defendants. | :<br>: |

**PLEASE TAKE NOTICE** that effective August 1, 2008, the office and mailing address of the undersigned will be:

    Joseph M. Bernstein, Esquire
    800 N. King Street - Suite 303
    Wilmington, DE 19801

The telephone, fax and e-mail will remain the same.

                                                /s/ Joseph M. Bernstein
                                       JOSEPH M. BERNSTEIN (#780)
                                       800 N. King Street - Suite 302
                                       Wilmington, DE 19801
                                       302-656-9850
                                       302-656-9836 (Fax)
                                       E-mail: jmbernstein@embarqmail.com
                                       Attorney for Petitioner

Dated: July 28, 2008