**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **J. ANTHONY HUTT, et al.,**<br>    **Plaintiffs** | :<br>:<br>: |
| v. | : **Civil Action No.  08-184 GMS**<br>: |
| **STANLEY W. TAYLOR, JR., et al.,**<br>    **Defendants.** | :<br>: |

    **PLEASE TAKE NOTICE** that effective August 1, 2008, the office and mailing address of the undersigned will be:

        Joseph M. Bernstein, Esquire
        800 N. King Street - Suite 303
        Wilmington, DE 19801

    The telephone, fax and e-mail will remain the same.

                                                */s/ Joseph M. Bernstein*
                                      JOSEPH M. BERNSTEIN (#780)
                                      800 N. King Street - Suite 302
                                      Wilmington, DE 19801
                                      302-656-9850
                                      302-656-9836 (Fax)
                                      E-mail: jmbernstein@embarqmail.com
                                      Attorney for Petitioner

Dated: July 28, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2008, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Daniel A. Griffith, Esquire
Whiteford Taylor & Preston, LLC
1220 Market Street - Suite 608
Wilmington, DE 19801
Attorney for Defendant Correctional Medical Services, Inc.


Catherine Damavandi, Esquire
Stacey X. Stewart, Esquire
Jennifer Oliva, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801
Attorneys for State Defendants


      */s/ Joseph M. Bernstein*
JOSEPH M. BERNSTEIN (Bar #780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbernstein@embarqmail.com